# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TERRELL WALKER,                    )
                                   )
      Plaintiff,              )
                                   )
v.                                 )          CV419-334
                                   )
SHERIFF JOHN T. WELCHER,           )
                                   )
      Defendant.              )

## <u>REPORT AND RECOMMENDATION</u>

Plaintiff filed this case on December 11, 2019.  Doc. 1.  However, plaintiff has repeatedly failed to file documents with signatures.  *See, e.g.*, doc. 4, doc. 8.  Although plaintiff as shown a capacity to rectify this deficiency, *see* docs. 5-6, he has thus far refused to correct the deficiency as to his amended complaint, doc. 8.  Instead he returned the notice from the clerk's office with further allegations instead of a signature.  Doc. 9. Plaintiff was warned that failure to comply could result in a recommendation of dismissal.  Doc. 8 at 1.  That is appropriate here.

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders.  *See L.R. 41(b)*; *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent

authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Accordingly, this case should be dismissed for failure to comply with the Court's order to file the necessary signatures.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*,

648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this <u>24th</u> day of September, 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3