IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRELL WALKER,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        CASE NO. CV419-334
                                   )
SHERIFF JOHN T. WELCHER,           )
                                   )
        Defendant.                 )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DISMISSED AS MOOT** and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **29ᵗʰ** day of October 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA